IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. B-23-516 |
| | § | |
| JEREMIAH YZAGUIRRE & | § | |
| MARIA LUISA YZAQUIRRE | § | |

**DEFENDANTS' RESPONSE TO GOVERNMENT'S NOTICE OF BREACH OF PLEA AGREEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jeremiah Yzaguirre, by and through his Attorney of Record, Heriberto 'Eddie' Medrano, and files this response to the Government's Notice of Plea Agreement Breach. Defendant disagrees with the Government's unfounded assertion that he breached the terms of the plea agreement that he acknowledged when he pled guilty on April 29, 2025, would state the following and submits documents in support thereof:

I.

The Government's claim of a breach of the plea agreement by Defendant centers on it's incorrect assumption that Defendant took affirmative steps *AFTER he pled guilty on April 29, 2025*, to try to sell some of the items he had purchased prior to his arrest and indictment. That assertion is false.

II.

As corraborrated by the attached documents to this response, Defendant had purchased the 'Hoverboard' and 'Star Trek' items back in 2024 and had

placed them to be sold on consignment through a London based auction house, Prop Store Limited, in August, September and October, 2024. In fact, Defendant never took physical possession of these items and instead after purchasing them, shipped the items directly to the London based auction house, that placed them for auction on their November 2024 and Spring 2025 auction events, and were subsequently sold and proceeds wired at different times to Defendant's bank account as items were sold at different dates.

III.

These documents state definitively that Defendant had NOT acquired or placed any of the items mentioned by the Government 'for sale' *AFTER he entered his plea of guilty on April 29, 2025*. Additionally, approximatley 90% of the monies received subsequently by Defendant were used to pay property taxes, mortgage payments, utilities, food expenses, credit card debt, attorney fees and to reimburse his mother for loans used for posting his and his wife's bonds.

The attached exhibits and dates thereof are as follows:

Exhibit 1 August 24, 2024 – FedEx Shipping receipt for 'Hoverboard' delivered to Propstore Consignments Department;

Exhibit 2 September 3, 2024 – 'Hoverboard' consignment sale agreement with Prop Store Limited – London Office;

Exhibit 3 September 13, 2024 – FedEx Shipping receipt re multiple 'Star Trek' items delivered to Propstore Consignments Department;

Exhibit 4 October 29, 2024 – 'Star Trek Items' consignment sale agreements with Prop Store Los Angeles, CA Office;

Exhibit 5 January 1, 2025 – FedEx shipping reciept for 'Star Trek Enterprise' model delivered to Prop Store Of London Office;

Exhibit 6 January 31, 2025 – Email between Propstore London and Defendant agreeing to lower price on consignment items for sale on there Spring 2025 Auction;

Defendant has pled guilty and has accepted his responsibility for his criminal actions and asks the Court to disregard the Government's assertion of him having breached the plea agreement as ALL the items referenced by the Government in its 'Notice' were acquired and placed for sale through a consignment agreement with a London Auction company many months BEFORE he pled guilty on April 29, 2025.

Respectfully submitted,

/s/ Heriberto Medrano___________
Law Offices of Heriberto 'Eddie' Medrano
2009 E. Harrison – Suite B
Harlingen, Texas 78550
Telephone: (956) 428-2412
Facsimile: (956) 428-2495
Email: edmedrano@mac.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this Defendant's Response was electronically filed with the Clerk of the Court using the CM/ECF filing system which will transmit notification of same to all proper parties.

/s/Heriberto Medrano
Heriberto 'Eddie' Medrano

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. B-23-516 |
| | § | |
| JEREMIAH YZAGUIRRE & | § | |
| MARIA LUISA YZAQUIRRE | § | |

**ORDER**

ON THIS DAY came for review Defendants' Response to the Government's Notice of Plea Agreement Breach and after due consideration it is hereby ORDERED that said Motion be in all things (GRANTED) (DENIED).

SIGNED AND ENTERED this ____ day of September, 2026.

______________________________
UNITED STATES DISTRICT JUDGE