IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. B-23-516 |
| | § | |
| JEREMIAH YZAGUIRRE & | § | |
| MARIA LUISA YZAQUIRRE | § | |

**DEFENDANT'S REQUEST FOR VOLUNTARY SURRENDER TO DESIGNATED BUREAU OF PRISONS FACILITY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jeremiah Yzaguirre, by and through his Attorney of Record, Heriberto 'Eddie' Medrano, and files this Request for Voluntary Surrender To Desiganted Bureau of Prisons Facility and would state the following in support thereof:

I.

For the last twenty years Defendant has had to use a CPAP breathing apparatus to obtain enough oxygen to sleep as he suffers from severe sleep Apnea, a medical condition that obstructs a persons airway during sleep.

II.

Because of this medical condition, Defendant has used a CPAP machine, along with a oxygenator to allow him to maintain his health. Attached is a letter from a medical provider attesting to Defendant's need for continued use of this medical equipment, along with a photo of the medical equipment itself. (Exhibit 1 – two pages)

III.

If Defendant is allowed to voluntarily surrender to the designated Bureau of Prisons Facility to serve his time of incarceration, Defenant would be able to surrender

himself and present the prison officials with the medical equipment he uses along with the medical provider letter. This would assure that Defendant's medical condition and his health would be maintained at no cost to the Government.

IV.

Lastly, Defense counsel informs the Court that when Defendant was arrested and incarcerated for several days pending his bond hearing at the East Hidalgo County Detention facility in La Joya, Texas, there was a substantial delay in getting him the use of his CPAP equipment due to confusion by the incarcerating authorities as to how to 'accept' the delivery of this medical equipment for Defendant's use.

If the Court orders that Defendant be taken into custody immediately after pronouncing his sentence of incarceration, Defendant would most probably spend several weeks being transported from one temporary county jail to another without access to his medical equipment and consequently place his health in jeopardy.

V.

Defendant is ready to voluntarily surrender to any designated BOP facility in Texas as early as next week and is not seeking a delay in commencing his incarceration. Defendant simply is asking that he be allowed to surrender himself at that final prison along with his medical equipment so that his health will not be placed in jeopardy.

Wherefore, premises considered, Defendant would pray that his request for voluntary surrender be in all things granted.

Respectfully submitted,

/s/ Heriberto Medrano

Law Offices of Heriberto ‘Eddie’ Medrano
2009 E. Harrison – Suite B
Harlingen, Texas 78550
Telephone: (956) 428-2412
Facsimile: (956) 428-2495
Email: edmedrano@mac.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this Request for Voluntary Surrender To Desiganted Bureau of Prisons Facility was electronically filed with the Clerk of the Court using the CM/ECF filing system which will transmit notification of same to all proper parties.

/s/Heriberto Medrano_______________
Heriberto ‘Eddie’ Medrano

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. B-23-516 |
| | § | |
| JEREMIAH YZAGUIRRE & | § | |
| MARIA LUISA YZAQUIRRE | § | |

## ORDER

ON THIS DAY came for review Defendants' Response to the Government's Notice of Plea Agreement Breach and after due consideration it is hereby ORDERED that said Motion be in all things (GRANTED) (DENIED).

SIGNED AND ENTERED this ____ day of October, 2026.

______________________________________
UNITED STATES DISTRICT JUDGE